**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RONALD BOWERS, | NO. CV 10-08554 VBF (SS) |
|       Petitioner, | |
|     v. | **JUDGMENT** |
| FRANCISCO J. QUINTANA, Warden, | |
|       Respondent. | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: 5-11-11

_/s/ Valerie Baker Fairbank_
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE